IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Turner, Brenda S

Printed: 4/15/08

Case Number: 06 B 09808
Judge: Wedoff, Eugene R
Filed: 8/13/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 15, 2007
Confirmed: November 9, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,078.39 |  |
| Secured: |  | 1,618.35 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,307.00 |
| Trustee Fee: |  | 153.03 |
| Other Funds: |  | 0.01 |
| Totals: | 3,078.39 | 3,078.39 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert V Schaller | Administrative | 1,307.00 | 1,307.00 |
| 2. | Washington Mutual Home Loan | Secured | 20,000.00 | 1,541.28 |
| 3. | M&I Home Lending Solutions | Secured | 1,000.00 | 77.07 |
| 4. | Internal Revenue Service | Priority | 118.25 | 0.00 |
| 5. | Internal Revenue Service | Unsecured | 7.94 | 0.00 |
| 6. | RMI/MCSI | Unsecured | 20.00 | 0.00 |
| 7. | US Bank | Secured |  | No Claim Filed |
| 8. | Capital One | Unsecured |  | No Claim Filed |
| 9. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 10. | Creditors Discount & Audit Co | Unsecured |  | No Claim Filed |
| 11. | Creditors Discount & Audit Co | Unsecured |  | No Claim Filed |
| 12. | Capital One | Unsecured |  | No Claim Filed |
| 13. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 14. | Creditors Discount & Audit Co | Unsecured |  | No Claim Filed |
| 15. | NBGL-Carsons | Unsecured |  | No Claim Filed |
| 16. | HSBC | Unsecured |  | No Claim Filed |
| 17. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 18. | Crossland Mortgage | Unsecured |  | No Claim Filed |
| 19. | Nicor Gas | Unsecured |  | No Claim Filed |
| 20. | Nicor Gas | Unsecured |  | No Claim Filed |
| 21. | Nicor Gas | Unsecured |  | No Claim Filed |
| 22. | Nicor Gas | Unsecured |  | No Claim Filed |
| 23. | Nicor Gas | Unsecured |  | No Claim Filed |
| 24. | SBC | Unsecured |  | No Claim Filed |
| 25. | HSBC | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Turner, Brenda S

Printed:  4/15/08

Case Number:  06 B 09808
Judge:  Wedoff, Eugene R
Filed:  8/13/06

| | | | |
|---|---|---|---|
| 26. Spiegel | Unsecured | | No Claim Filed |
| 27. First USA Bank/Lomas Bank | Unsecured | | No Claim Filed |
| 28. US Bank | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 22,453.19 | $ 2,925.35 |

TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 105.54 |
| 5.4% | 47.49 |
| | _____ |
| | $ 153.03 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____